IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LINDA McGRAW,** | ) | CASE NO.: 1:22-cv-00390 |
| | ) | |
| **Plaintiff** | ) | U.S. District Judge Jeffrey P. Hopkins |
| | ) | |
| VS. | ) | |
| | ) | |
| **LEM PRODUCTS DISTRIBUTION, LLC** | ) | |
| | ) | |
| **Defendant** | ) | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and upon agreement of the parties, the above-captioned matter is hereby dismissed in its entirety, including all claims pending in such matter, with prejudice to the re-filing of the same. Each party shall bear its own Court costs.

AGREED:

_____         _____
Samuel T. Long (0103931)                 Chad E. Willits (0066541)
The Spitz Law Firm, LLC                  REMINGER Co., LPA
Spectrum Office Tower                    525 Vine Street, Suite 1500
11260 Chester Road, Suite 825            Cincinnati, Ohio 45202
Cincinnati, OH 45246                     T:  513.455.4024
T: 859.317.5921                          Email:  cwillits@reminger.com
Email: sam.long@spitzlawfirm.com         *Counsel Defendant*
*Counsel for Plaintiff*